**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| PATRICK KOREY McDAVID,<br><br>Plaintiff,<br><br>vs.<br><br>CARVER COMPANIES PAYROLL, LLC,<br><br>Defendant. | Civil Action No.: 2:22-cv-03262-RMG |

**NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a settlement agreement reached by the parties, the Parties jointly stipulate to the dismissal with prejudice of all claims brought in Plaintiffs' Verified Complaint in the above-captioned case.

Respectfully submitted this the 3rd day of January, 2024.

WE SO STIPULATE:

**COOPER & BILBREY, P.C.**

By: s/ Albert G. Bilbrey, Jr.
ALBERT G. BILBREY, JR., ESQUIRE
Federal Court ID 12938
South Carolina Bar 103799
PO BOX 22513
Charleston, SC 29413
(843) 883-9099
agbilbrey@jhcooper.com

JOHN TOWNSEND COOPER, ESQUIRE
Federal Court ID 10172
South Carolina Bar 76087
(843) 883-9099
jtc@jhcooper.com

**BLOODGOOD & SANDERS, LLC**

By: s/ Nancy Bloodgood
NANCY BLOODGOOD, ESQUIRE
Federal Court ID. 5208
242 Mathis Ferry Road, Suite 201
Mt. Pleasant, South Carolina 29464
(843) 972-0313
nbloodgood@bloodgoodsanders.com

JOHN HUGHES COOPER, ESQUIRE
Federal Court ID 298
South Carolina Bar 1387
State Bar of Georgia 185986
shiplaw@jhcooper.com

PO BOX 22513
Charleston, South Carolina 29413
Telephone: (843) 883-9099
Fax: (843) 883-9335

-AND-

HODGSON RUSS LLP

Glen P. Doherty, N.D.N.Y. Bar # 501591
gdoherty@hodgsonruss.com
Scott C. Paton, N.D.N.Y. Bar # 508176
spaton@hodgsonruss.com
677 Broadway, Suite 401
Albany, New York 12207
Telephone: (518) 433-2432
Fax: (518) 391-2013
*Admitted pro hac vice*

*Attorneys for Defendant Carver Companies Payroll, LLC*